UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAMUEL JOHNSON,<br>　　　　Petitioner,<br>　v.<br>GOVENOR NEWSOME, et al.,<br>　　　　Respondents. | Case No. 24-cv-02135-YGR (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

　　　Petitioner filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On April 22, 2024, mail directed to petitioner by the Court was returned to the Clerk of the Court with a notation that it was undeliverable because petitioner is "NIC," which means not in custody. Dkt. 6 at 8. To date, petitioner has not updated his address with the Court or submitted any further pleadings in this case.[1]

　　　Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* L.R. 3-11(a). The Court may dismiss without prejudice a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* L.R. 3-11(b).

　　　More than sixty days have passed since the mail directed to petitioner by the Court was returned as undeliverable. The Court has not received a notice from petitioner of a new address. Accordingly, the petition is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

---

[1] On May 22, 2024, the Clerk sent mail informing petitioner that this action had been reassigned to the undersigned judge, but that mail was also returned as undeliverable on June 7, 2024. *See* Dkts. 8.9.

1     The Clerk shall close the file.

2     IT IS SO ORDERED.

3   Dated: July 23, 2024

                                          JUDGE YVONNE GONZALEZ ROGERS
4                                          United States District Judge